UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.   CV 25-2020-KS | Date: August 14, 2025 |
| Title   *Silvia Patricia Hercules v. Costco Wholesale Corporation et al.* | |

Present: The Honorable:   Karen L. Stevenson, Chief United States Magistrate Judge

| Gay Roberson | CS-Zoom VTC:08/14/2025 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Robert L. Booker, ll | N/A |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR FOR SCHEDULING CONFERENCE**

On July 22, 2025, the Court set a Scheduling Conference (via Zoom VTC) to discuss the pre-trial and trial deadlines regarding the case. (Dkt. No. 12.) On August 14, 2025. Defendant's counsel failed to appear for the Scheduling Conference.

Accordingly, Defendant's counsel is ORDER TO SHOW CAUSE on or before August 21, 2025 as to why the Court should not issue sanctions. Defense counsel may discharge the OSC by providing a sworn declaration of no more than two (2) pages, signed under penalty of perjury, stating: (1) why Defendant failed to appear; and (2) why Defendant and/or its counsel should not be sanctioned for the nonappearance.

**IT IS SO ORDERED.**

| | : 03mins |
|---|---|
| **Initials of Preparer** | gr |